UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
XUANGEN PIAO,

                                 Plaintiff,                       ORDER

      -against-                                                    CV 12-3090

IMPERIAL SEOUL INC. d/b/a IMPERIAL                     (Wexler, J.)
SEOUL and JONGGUK KIM, Individually,

                                Defendants.
------------------------------------------------------------------------X

      In light plaintiff's counsel's failure to respond to the request for a status report issued by the Court's Arbitration Unit on June 26, 2013, and the fact that defendants defaulted in this action more than one year ago, plaintiff is hereby advised that this action will be dismissed, with prejudice, in thirty (30) days, pursuant to Federal Rule of Civil Procedure 41(b), unless action is taken by plaintiff to prosecute this action during that time.


**SO ORDERED:**

Dated:  Central Islip, New York
         January 7, 2014

                                                                 LEONARD D. WEXLER
                                                                  United States District Judge